# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Rafael Marmolejo Estrada,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-06282-PHX-SHR

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 3.) On October 5, 2026, Respondents filed a Status Update indicating Petitioner was removed from the United States. (Doc. 8.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot. Accordingly,

**IT IS ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 8th day of October, 2026.

